IN THE SUPREME COURT OF TEXAS

 No. 04-0318

 RICHARD K. ARCHER, M.D., INDIVIDUALLY AND AS TRUSTEE
 v.
 Richard o. harris, individually and as trustee

 On Petition for Review

ORDERED:

 1. Petitioners' motion to review excessiveness of amount of
security and for temporary relief, filed November 18, 2004, is granted.
The order dated August 12, 2004, in Cause No. 40,125-A, styled Steve W.
Sterquell, Individually and as Trustee of Steve W. Sterquell Profit Sharing
Trust and Richard O. Harrus, Individually and as Trustee of Richard O.
Harris Profit Sharing Trust v. Richard K. Archer, M.D., Individually and as
Trustee of the Richard K. Archer, M.D., P.A. Profit Sharing Plan & Trust,
and Reba Land, Inc., in the 47th District Court of Randall County, Texas,
is stayed pending further order of this Court.

 2. The respondents are requested to respond to petitioners' motion
to review excessiveness of amount of security no later than 3:00 p.m.,
December 2, 2004.

 Done at the City of Austin, this 22nd day of November, 2004.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Nancy J. Vega, Chief Deputy Clerk